IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.  4:16CR40011-001 |
| ) | |
| CHRISTOPHER WHISTLE  ) | |

## ORDER

**BEFORE** the Court is the Motion by the United States of America requesting the Court to unseal the Indictment filed May 11, 2016 in the above-mentioned matter without further order of the Court.   The Court having reviewed the Motion grants the United States' request.

**IT IS THEREFORE ORDERED** that the above-mentioned Indictment shall be unsealed.

**SIGNED** this _1_ day of September, 2016.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 0 1 2016
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

_____
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2